UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| SOOK YOUNG HYUN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE BOEING COMPANY, et al.,<br><br>  Defendants.<br>_____/ | No. C14-01057 LB<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On January 29, 2014, Plaintiffs Sook Young Hyun and Hyun Seob Oh filed the instant action against Defendants The Boeing Company, City and County of San Francisco, and Asiana Airlines, Inc., in San Francisco Superior Court for damages for personal injuries resulting from the crash of Asiana Airlines Flight 214 into a seawall on San Francisco Bay on July 6, 2013. Notice of Removal, ECF No. 1, ¶ 1[1]. Defendants removed the action to federal court on March 6, 2014. *See id*. The action is assigned to the undersigned.

On December 12, 2013, the United States Judicial Panel on Multidistrict Litigation granted centralization of judicial proceedings resulting from this plane crash to the Northern District of

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C14-01057 LB
REFERRAL FOR RELATIONSHIP DETERMINATION

California.  *In Re Air Crash at San Francisco, California, on July 6, 2013*, No. C13-02497 YGR, Transfer Order, ECF No. 1.  All the member and related actions are assigned to Judge Gonzalez Rogers.  In its notice of removal, Boeing asks for assignment to Judge Gonzalez Rogers as "this case concerns substantially the same parties, property, transaction or event as cases already found by this court to be related and assigned to Judge Gonzalez Rogers."  Notice of Removal, ECF No. 1, ¶ 2.

After reviewing the complaints in these cases, it appears that the actions concern substantially the same parties and event.  Accordingly, pursuant to Civil Local Rule 3-12(c), the undersigned respectfully refers the above-captioned action to Judge Gonzalez Rogers for the purposes of determining relationship to *In Re Air Crash At San Francisco, California on July 6, 2013*, No. C13-02497 YGR.

**IT IS SO ORDERED.**

Dated: March 11, 2014

_____
LAUREL BEELER
United States Magistrate Judge